Opinion issued April 21, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00064-CR

———————————

SCOTT
WAYNE COVINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 177th District Court 

Harris County, Texas



Trial Court Cause No. 1199812

 



MEMORANDUM OPINION

Appellant, Scott Wayne Covington, has filed a motion
to dismiss the appeal.  See Tex.
R. App. P. 42.2(a).  We have not
issued a decision in this appeal.  The
Clerk of this Court has sent a duplicate copy to the trial court clerk. Id.

Accordingly, we dismiss the appeal.  See Tex. R. App. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Alcala and Bland.

Do not publish. 
 Tex. R. App. P. 47.2(b).